## MOHAWK INDUSTRIES, INC. *v.* WILLIAMS ET AL.

No. 05–465. Argued April 26, 2006—Decided June 5, 2006

*Carter G. Phillips* argued the cause for petitioner. With him on the briefs were *Richard D. Bernstein, Juan P. Morillo,* and *Steven T. Cottreau.*

*Howard W. Foster* argued the cause for respondents. With him on the brief were *John E. Floyd, Joshua F. Thorpe, Ronan P. Doherty, Bobby Lee Cook,* and *Matthew Thames.*

*Malcolm L. Stewart* argued the cause for the United States as *amicus curiae* urging affirmance. With him on the brief were *Solicitor General Clement, Assistant Attorney General Fisher, Deputy Solicitor General Dreeben,* and *Sangita K. Rao.*[*]

PER CURIAM.

The writ of certiorari limited to Question 1 presented by the petition, granted at 546 U. S. 1075 (2005), is dismissed as improvidently granted. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Elev-

---

[*]Briefs of *amici curiae* urging reversal were filed for the Chamber of Commerce of the United States of America et al. by *Beth S. Brinkmann, Seth M. Galanter, Alison Tucher, Robin S. Conrad,* and *Amar D. Sarwal;* and for the National Association of Manufacturers et al. by *Michael J. Mueller, Jan S. Amundson,* and *Quentin Riegel.*

Briefs of *amici curiae* urging affirmance were filed for the Immigration Political Action Committee et al. by *Barnaby W. Zall;* and for the National Association of Shareholder and Consumer Attorneys by *Kevin P. Roddy* and *G. Robert Blakey.*

enth Circuit for further consideration in light of *Anza* v. *Ideal Steel Supply Corp., ante,* p. 451.

*It is so ordered.*